**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, <br><br>　　　　　　Plaintiff, <br><br>　　-against- <br><br>WILLIAM ARROYO, NOAH ASSAD, and JONATHAN MIRANDA., <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) Case No. 1:24-cv-03029-LJL ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

Please take notice that Leane K. Capps, formerly of Polsinelli PC, hereby withdraws her appearance for Defendants William Arroyo, Noah Assad, and Jonathan Miranda in the above-captioned action. Lawrence S. Hirsh, and Mozianio S. Reliford, III of Polsinelli, PC will remain as counsel for Defendants William Arroyo, Noah Assad, and Jonathan Miranda.

**POLSINELLI PC**

*/s/ Lawrence S. Hirsch*
Lawrence S. Hirsch
600 Third Avenue
New York, New York 10016
T: 212.803.9962

*/s/ Mozianio S. Reliford, III*
Mozianio S. Reliford, III
Pro Hac Vice Forthcoming
501 Commerce Street, Suite 1300
Nashville, Tennessee 37203
T: 615.259.1510

*Counsel for William Arroyo, Noah Assad, and Jonathan Miranda*

99030979.1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 2nd day of October, 2024, the foregoing was filed with the District Court using the PACER ECF filing system, and a copy of the same was sent to all parties of record.

                                        */s/ Mozianio S. Reliford, III*
                                        Mozianio S. Reliford, III