# Kevin Hogan

| | |
|---|---|
| **From:** | Kevin Hogan |
| **Sent:** | Monday, October 14, 2024 11:06 AM |
| **To:** | Kevin Hogan |
| **Subject:** | RE: Motion to Withdraw - Case 1:24-cv-03029-LJL Major League Baseball Players Association v. Arroyo et al |

**From:** Pedro R. Ortiz <pedro@bahiagroup.com>
**Sent:** Monday, October 14, 2024 11:03 AM
**To:** Kevin Hogan <kmhogan@polsinelli.com>
**Cc:** Lawrence S. Hirsh <lhirsh@polsinelli.com>; Trey Reliford <treliford@polsinelli.com>
**Subject:** Re: Motion to Withdraw - Case 1:24-cv-03029-LJL Major League Baseball Players Association v. Arroyo et al

**EXTERNAL EMAIL**   pedro@bahiagroup.com

Hi Kevin,

Acknowledge receipt and agree to email service.

**From:** Kevin Hogan
**Sent:** Tuesday, October 8, 2024 10:11 AM
**To:** 'Pedro R. Ortiz' <pedro@bahiagroup.com>
**Cc:** Trey Reliford <treliford@polsinelli.com>; Lawrence S. Hirsh <lhirsh@polsinelli.com>
**Subject:** Motion to Withdraw - Case 1:24-cv-03029-LJL Major League Baseball Players Association v. Arroyo et al

Hello Mr. Ortiz:

Please find attached Leane Capp's Motion to Withdraw, which is being served upon you as counsel for Defendants William Arroyo, Noah Assad, and Jonathan Miranda.

Please:

1. Indicate your consent to service *via* e-mail; and
2. Confirm receipt of this message.

1

Thank you,

**Kevin Hogan**
*Associate*

kmhogan@polsinelli.com
**312.756.5962**
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606

Polsinelli PC, Polsinelli LLP in California

polsinelli.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.